[Nos. 20695–8–I; 20740–7–I.   Division One.   September 26, 1988.]

*In the Matter of* R.T.

APRIL STAPP, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

*In the Matter of* S.G.

APRIL STAPP, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 86–7–01306–5, James J. Dore, J., entered March 26, 1987. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, A.C.J., and Revelle, J. Pro Tem.

[No. 20765–2–I.   Division One.   September 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN PAUL YANNELLO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00027–0, Sharon S. Armstrong, J., entered July 6, 1987. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.

[Nos. 19956–1–I; 21028–9–I.   Division One.   September 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN WILSON MILLER, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 86–1–00669–5, John W. Riley, J., entered January 21, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Swanson, J., concurred in by Williams and Grosse, JJ.